# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FROST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00410-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE PROOF OF SERVICE<br><br>FIVE DAY DEADLINE |

On March 19, 2020, Michael Frost ("Plaintiff") filed a complaint seeking review of the final decision denying Social Security benefits. (ECF No. 1.) On March 23, 2020, the Court issued the summons and scheduling order in this action. (ECF Nos. 4, 5.)

The scheduling order states that unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. (ECF No. 5 at 1.) Further, in the order granting *in forma pauperis* status, Plaintiff was advised of this and that he was to promptly file proof of service with the court. (ECF No. 3 at 1.) More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within five (5) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated: **April 17, 2020**

UNITED STATES MAGISTRATE JUDGE