# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FROST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-00410-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF Nos. 17) |

Plaintiff Michael Frost ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  On March 10, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g).  (ECF No. 17.)  Pursuant to the terms of the stipulation, the Appeals Council will instruct the Administrative Law Judge to evaluate Plaintiff's allegations of disability pursuant to the sequential evaluation process, and issue a new decision.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Michael Frost and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 10, 2021**

UNITED STATES MAGISTRATE JUDGE