# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FROST,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:20-cv-410-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 19) |

Michael Frost ("Plaintiff") filed the complaint in this action on March 19, 2020. (ECF No. 1.) On March 10, 2021, the Court remanded the action for further proceedings pursuant to the parties' stipulation. (ECF Nos. 17, 18.) On May 7, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $5,589.28 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (ECF No. 19.)

///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $5,589.28.

IT IS SO ORDERED.

Dated: __**May 7, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE